IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ACS Technologies Group, Inc., | ) | Civil Action No.: 4:12-cv-03319-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Cliff Smith and Mark Bankord, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On March 29, 2013, Plaintiff informed the court that Defendant Mark Bankord had filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Western Division, on March 22, 2013. *See* Notice of Bankruptcy Filing [ECF No. 19]. Therefore, it is

**ORDERED** that this case is **stayed as to Defendant Mark Bankord only** pursuant to 11 U.S.C. § 362 until further order of the court. The parties are directed to notify the court of the status of Defendant's bankruptcy petition, if not sooner, by October 4, 2013.

**IT IS SO ORDERED.**

s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge

April 4, 2013
Florence, South Carolina